FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 0 6 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WELLS FARGO BANK, N.A.,

        Plaintiff,

- against -

NATIONAL GASOLINE, INC. et. al.,

        Defendants.
-------------------------------------------------------------------X

**ORDER**
10-CV-1762 (RRM) (ALC)

**MAUSKOPF, United States District Judge.**

By Motion filed October 14, 2010, Plaintiff sought leave to file an amended complaint. By Order entered November 1, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable Andrew L. Carter, for a Report and Recommendation. On November 10, 2010, Judge Carter issued a Report and Recommendation (the "R&R") recommending that Plaintiff's motion be granted. Judge Carter reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due November 24, 2010. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Plaintiff's motion for leave to file an amended complaint is granted. Plaintiff shall serve and file an amended complaint within thirty (30) days from the date of this Order.

SO ORDERED.

Dated: Brooklyn, New York
      December 6, 2010

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge